IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE NOMINATION PETITION | : | 1:14-cv-669 |
| OF MEL M. MARIN FOR THE | : | |
| DEMOCRATIC NOMINATION | : | |
| FOR MEMBER OF CONGRESS | : | Hon. John E. Jones III |
| IN THE 3RD CONGRESSIONAL | : | |
| DISTRICT | : | |

## ORDER

### April 22, 2014

In accordance with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. This action is **REMANDED** to the Pennsylvania Commonwealth Court.

2. All remaining motions (*Docs.* 2, 4, and 5) are **DENIED** as moot.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
